IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )   Criminal No. 09-276
                                  )
DENNIS ROSEBORO                   )

**ORDER OF COURT**

AND NOW, this  26th  day of February, 2010, upon consideration of the foregoing motion, it is hereby ORDERED that said motion is GRANTED. Defendant is granted an extension of time until April 1, 2010, in which to file pretrial motions.

                                        BY THE COURT:

                                        _s/Joy Flowers Conti_____
                                        Joy Flowers Conti
                                        United States District Judge

Case 2:09-cr-00276-GLF Document 721 Filed 02/26/10 Page 2 of 2